**Order entered February 8, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00820-CR
No. 05-11-00821-CR

**SAMUEL MONCADA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause Nos. F09-72070-H & F09-72067-H**

## ORDER

The Court **REINSTATES** these appeals.

These appeals were submitted to the Court for consideration on December 11, 2012, and we determined the issues raised by Samuel Moncada were inadequately briefed. Accordingly, on December 11, 2012, we ordered the trial court to conduct a hearing and determine whether Moncada was indigent. If the trial court determined Moncada was indigent, we ordered the trial court to take such measures as necessary to assure effective representation, which could include appointment of new counsel. If the trial court determined Moncada was not indigent, we ordered the trial court to determine whether Moncada wished to proceed with his current counsel or retain new counsel to represent him in these appeals. We **ADOPT** the trial court's findings that

Moncada is not indigent, desires to prosecute these appeals, and wishes to proceed with his current appellate counsel, Rosalind Kelly.

We **STRIKE** the appellant brief filed by Moncada on May 31, 2012. We **ORDER** Moncada to file a new brief within **THIRTY (30) DAYS** of the date of this order. Any brief filed by the State must be filed within **THIRTY (30) DAYS** of the date on which Moncada's brief is filed. No extensions will be granted to either party.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Robert Burns, Presiding Judge, Criminal District Court No. 1; Rosalind Kelly, counsel for Moncada; and the Dallas County District Attorney's Office.

/s/     ROBERT M. FILLMORE
PRESIDING JUSTICE